1  MANATT, PHELPS & PHILLIPS, LLP
   MARK S. LEE (Bar No. CA 094103)
2  E-mail: mlee@manatt.com
   11355 West Olympic Boulevard
3  Los Angeles, CA 90064-1614
   Telephone: (310) 312-4000
4  Facsimile: (310) 312-4224

5  MANATT, PHELPS & PHILLIPS, LLP
   SUSAN E. HOLLANDER (Bar No. CA 133473)
6  E-mail: shollander@manatt.com
   CHRISTINE KLENK (Bar No. CA 235966)
7  E-mail: cklenk@manatt.com
   1001 Page Mill Road, Building 2
8  Palo Alto, CA 94304-1006
   Telephone: (650) 812-1300
9  Facsimile: (650) 213-0260

10 *Attorneys for Plaintiff*
   Cosmic Debris Etc., Inc.

11

12           UNITED STATES DISTRICT COURT                **RS**

13           NORTHERN DISTRICT OF CALIFORNIA

14

15 COSMIC DEBRIS ETC., INC.,          Case No.
   a California corporation,                              **2178**
16                                     COMPLAINT FOR DECLARATORY
            Plaintiff,                 RELIEF (28 U.S.C. §§ 2201, 2202)
17
        vs.
18
   MARJORIE WEINMAN SHARMAT,
19 an individual, and MARC SIMONT, an
   individual,
20
            Defendants.
21

22

23     Plaintiff Cosmic Debris Etc., Inc. ("Plaintiff") alleges as follows:

24                      SUMMARY OF ACTION

25     1.    Plaintiff owns copyrights and other rights in the character "Emily the

26 Strange." Defendants claim that Plaintiff's "Emily the Strange" character infringes

27 their copyrights in one of a series of books featuring "Nate the Great" and other

28 characters. Plaintiff seeks a declaratory judgment that its "Emily the Strange"

MANATT, PHELPS &
PHILLIPS, LLP              41393765.1                COMPLAINT FOR DECLARATORY
ATTORNEYS AT LAW                                                        RELIEF
LOS ANGELES

1   character does not violate Defendants' rights in any manner, and that it may

2   continue to license and exploit that character without liability to Defendants.

JURISDICTION AND VENUE

4       2.     This court has subject matter jurisdiction over the claims in this action

5   pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338(a), 2201 and 2202.  This

6   court also has diversity jurisdiction in this matter pursuant to 28 U.S.C. § 1332 in

7   that there is a complete diversity of the parties and the amount in dispute exceeds

8   $75,000.  Venue is proper in this district under 28 U.S.C. § 1391(b) in that, *inter*

9   *alia*, Plaintiff and Defendants are located in and/or do business in this district, and a

10  substantial portion of the events described in this complaint took place in this

11  district.

PARTIES

13      3.     Plaintiff Cosmic Debris Etc., Inc. ("Cosmic Debris") is a corporation

14  organized under the laws of the State of California which has its principal place of

15  business in Berkeley, California.  Plaintiff owns copyrights, trademarks, and all

16  other related rights associated with the fictional character "Emily the Strange."

17  Works and merchandise featuring that character are sold throughout the United

18  States, including in the Northern District of California.

19      4.     Plaintiff is informed and believes and on that basis alleges that

20  Defendant Margaret Weinman Sharmat ("Sharmat") resides in Arizona and

21  Defendant Marc Simont ("Simont") resides in Connecticut.  Sharmat and Simont

22  claim to have authored parts of certain works which are sold throughout the United

23  States, including in the Northern District of California.

FACTS UNDERLYING THE CONTROVERSY

25      5.     For many decades a common cultural motif that has appeared in many

26  creative works involves a woman or girl with long dark hair, possibly bangs, and

27  dark clothing who is associated with the macabre, occult, mysterious, or strange,

28  and is sometimes accompanied by creatures such as bats or black cats.  Perhaps first

41393765.1                2                COMPLAINT FOR DECLARATORY
RELIEF

1  appearing in horror films in the 1930s and cartoons of Charles Addams that were

2  published in <u>The New Yorker</u> magazine beginning in 1938, characters depicting

   these features became widely understood and accepted.  Images from a few of the

4  Charles Addams cartoons are attached as **Exhibit 1**.

5      6.      This cultural motif became more common beginning in the middle of

6  the 20th century.  For example, the character "Vampira," a woman with long dark

7  hair, pale skin, a black dress, and an attraction to the macabre, appeared in the

8  1950s television program called "The Vampira Show."  A 1960s television series

9  and series of films that began with the 1991 motion picture "The Addams Family,"

10 based on Charles Addams' cartoons, depicted an adult character named "Morticia"

11 and a daughter named "Wednesday" who both had long black hair and favored dark

12 clothing and the macabre.  In 1981 a character called "Elvira, Mistress of the Dark"

13 appeared as the host of a horror television program, subsequently branching out into

14 a feature length motion picture and associated merchandise.  Images of these

15 characters are attached as **Exhibit 2**.

16     7.      Elements of this cultural motif were incorporated in the "gothic" or

17 "goth" movement that arose in the late 1970s and 1980s.  Initially focused on

18 music, adherents to this difficult-to-define phenomenon could be characterized as

19 rebelling against society and appreciating the beauty in the "dark" elements of life.

20 Women and girls who view themselves as part of this culture often have long dark

21 hair, with or without bangs, emphasize pale skin, and wear black or red clothing.

22     8.      This "Goth Girl" look has been a common element in creative works

23 for decades.  For example, the 1988 motion picture "Beetlejuice" and its spinoff

24 animated television series both featured a "Goth Girl" named Lydia who had long

25 dark hair, bangs, pale skin, and wore dark or red clothing.  Images of Lydia are

26 attached as **Exhibit 3**.  Japanese comic books and animated films called "manga" or

27 "anime" frequently depict "Gothic Girls" with long dark hair, bangs, and short dark

28 dresses.  Images of such "Gothic Girls" are attached as **Exhibit 4**.  The television

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41393765.1

3

COMPLAINT FOR DECLARATORY
RELIEF

series "NCIS" features a "goth" forensic investigator who has pale skin, long dark hair and bangs. An image of this character is attached as **Exhibit 5**. Visual examples of the "Goth Girl" look are ubiquitous on the Internet. Examples of such "Goth Girl" images are attached as **Exhibit 6**. Examples of "Goth Girls" with cats are attached as **Exhibit 7**. This cultural motif has become so common that online "Gothic Girl Dress Up" games, "Goth Girl" Halloween costumes and "Goth Girl" wigs that feature long dark hair and bangs are made for and sold to young girls, as shown in **Exhibit 8**.

9.     Cosmic Debris' character "Emily the Strange" was created in 1991. "Emily the Strange" is a sullen "Goth" appearing young girl with long dark hair and bangs, pale skin, and dark clothing, who is sometimes depicted with black cats. "Emily the Strange" never smiles, is never pictured with other young girls or boys, and is identified with nonconformist expressions. Originally used to promote skateboards, "Emily the Strange" has subsequently been featured on, in and with T-Shirts and other clothing, handbags, cosmetics, footwear, jewelry, stationery, books, comic books, and other works and merchandise. "Emily the Strange" is Cosmic Debris' expression of the "Goth Girl" cultural motif.

10.     Cosmic Debris has openly, notoriously, and continuously exploited "Emily the Strange" since 1991. It has spent millions of dollars promoting and developing the character and the goodwill associated with her over the last 18 years, and it and its licensees have sold hundreds of thousands of units of "Emily the Strange" works and merchandise over that period.

11.     Cosmic Debris owns all copyrights, trademarks, and other rights associated with "Emily the Strange." It has obtained about 60 U.S. copyright registrations in works that depict the character and five U.S. trademark registrations or applications in marks that include the name and/or image of the character. Listings of those copyright and trademark registrations are attached as **Exhibits 9** and **10**.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41393765.1

4

COMPLAINT FOR DECLARATORY
RELIEF

12.     Defendant Sharmat claims to own the copyright in the text of a series of about 25 children's books that include "Nate the Great" in the title. Defendant Simont is an illustrator who claims to own the copyright in the artwork for some of the works in the "Nate the Great" series.

13.     Cosmic Debris is informed and believes that "Nate the Great," a child private detective, is the principal character in those stories. Cosmic Debris is informed and believes that other, subsidiary characters also appear in same "Nate the Great" series from time to time.

14.     One of the subsidiary characters in the "Nate the Great" series is named "Rosamond." Like many childrens' characters, "Rosamond" is a young girl with long dark hair and bangs who wears dresses of different colors and is sometimes accompanied by cats. "Rosamond" frequently appears as rosy-cheeked and smiling, and she spends time with other young boys and girls.

15.     Cosmic Debris heard nothing from Sharmat or Simont concerning any claim to rights in "Emily the Strange" from the time Cosmic Debris began exploiting the character in 1991 until early 2009. However, in late 2008 various websites began speculating that "Emily the Strange" was inspired by the "Rosamond" character from the "Nate the Great" children's book series. These speculations were apparently based on the juxtaposition of one specific image of "Emily the Strange" and one particular page from one of the "Nate the Great" book series, namely "Nate The Great Goes Under Cover." These images both depict a young girl with long dark hair, bangs, pale skin and a short dress accompanied by cats, and share a textual short phrase. Those images are attached as **Exhibit 11**.

16.     Cosmic Debris stopped all publication, reproduction and distribution of the "Emily the Strange" image used in that comparison and attached as **Exhibit 11** by no later than 1998.

17.     Without communicating with Cosmic Debris, Defendants Sharmat and/or Simont in early 2009 began contacting entities with whom Cosmic Debris

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41393765.1                                        5                    COMPLAINT FOR DECLARATORY
                                                                       RELIEF

1   has entered into "Emily the Strange" agreements, or with whom it is negotiating to

2   enter into such agreements, and claimed that "Emily the Strange" infringes

    Defendants' copyrights in the "Nate the Great" series in some manner.  Such

4   actions are jeopardizing Cosmic Debris' "Emily the Strange" licensing activities

5   and interfering with Cosmic Debris' ability to conduct the business it has spent

6   18 years developing.

7                      NATURE OF THE PRESENT CONTROVERSY

8        18.    Plaintiff is informed and believes that Defendants contend that:

9              (a)    Cosmic Debris' "Emily the Strange" character infringes

10  Sharmat's copyright in the text at page 14 of "Nate The Great Goes Under Cover"

11  and/or in other unidentified text in other "Nate The Great" works;

12             (b)    Cosmic Debris' "Emily the Strange" character infringes

13  Simont's copyright in the image of Rosamond as depicted at page 14 of "Nate The

14  Great Goes Under Cover" and/or in other unidentified pages of that or other works.

15       19.    Plaintiff disputes Defendants' claims, and contend that:

16             (a)    No one, including Defendants, can successfully claim rights in

17  the idea of a young girl with long dark hair, bangs, pale skin, and a short dark dress,

18  accompanied by black cats, because such elements are not original to Defendants,

19  are commonplace, and have been used in creative works for decades;

20             (b)    Defendant Sharmat has no protectable interest in the images

21  used to illustrate any of the "Nate the Great" series because she does not own the

22  copyright in those illustrations;

23             (c)    Defendant Simont has no protectable interest in the text of any

24  of the "Nate the Great" series because he does not own the copyright in that text;

25             (d)    Defendant Sharmat has no protectable interest in the short

26  phrase common to the images depicted in **Exhibit 11** because copyright law does

27  not protect short phrases;

28             (e)    Defendant Simont has no claim for copyright infringement

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41393765.1                                        6                    COMPLAINT FOR DECLARATORY
                                                                                          RELIEF

1    based on the images depicted in **Exhibit 11** because they at most share only the

2    unprotectable idea of a young "goth girl" with cats, the expression of which is

3    different in the two works, and thus no protectable common elements in those

4    images are sufficiently original or similar to constitute copyright infringement;

5          (f)    Defendants have no protectable copyright interest in "Emily the

6    Strange";

7          (g)    Plaintiff has not violated any protectable copyright interest

8    Defendants may have in any of the "Nate the Great" books in which they claim an

9    interest;

10          (h)    Any claim Defendants assert for copyright infringement based

11    on the specific images and text depicted in **Exhibit 11** are barred by the applicable

12    statute of limitations, as Cosmic Debris ceased all use of its image shown in that

13    Exhibit by no later than 1998;

14          (i)    Defendants' failure to object to Plaintiff's open and notorious

15    exploitation of its "Emily the Strange" character over the 18-year period in which

16    Cosmic Debris has developed its business constitutes gross laches that precludes

17    Defendants from objecting to Plaintiff's exploitation of its "Emily the Strange"

18    works or merchandise;

19          (j)    Plaintiff has no obligation to pay Defendants compensation for

20    any alleged violation of Defendants' rights; and

21          (k)    Plaintiff need not enter into any license agreement with

22    Defendants to continue to create, distribute, promote, or license "Emily the

23    Strange" works or merchandise.

24    20.    A genuine controversy exists between Plaintiff and Defendants as to

25    whether Plaintiff is violating any rights of Defendants through Plaintiff's licensing

26    and promotion of "Emily the Strange" works and merchandise, whether Defendants

27    are entitled to recover from Plaintiff any compensation or damages as a result of

28    Plaintiff's  past and future promotion and licensing of "Emily the Strange"

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41393765.1                              7                    COMPLAINT FOR DECLARATORY
                                                                          RELIEF

merchandise, and whether Plaintiff may continue to license and exploit its "Emily the Strange" character without liability or interference from Defendants.

<u>PRAYER FOR RELIEF</u>

Plaintiff requests that the court adjudge that:

1.      Plaintiff is violating no rights of Defendants through Plaintiff's licensing and exploitation of "Emily the Strange";

2.      None of the Defendants is entitled to recover from Plaintiff any compensation or damages as a result of Plaintiff's licensing and exploitation of "Emily the Strange";

3.      Each of the Defendants be restrained from:

       (a)      instituting any action or proceeding to enjoin or restrain Plaintiff from continuing to promote, license and exploit "Emily the Strange" in all media;

       (b)      obtaining damages from Plaintiff for such actions; or

       (c)      contacting Cosmic Debris' actual or prospective licensees to claim that Cosmic Debris' "Emily the Strange" character infringes Defendants' rights in any manner;

4.      Plaintiff recovers its costs of suit herein; and

5.      Plaintiff receives such other and further relief as the court deems just and proper.

Dated:    May 18, 2009

MANATT, PHELPS & PHILLIPS, LLP
Mark S. Lee
Susan E. Hollander
Christine Klenk


By: _Mark S. Lee_
Mark S. Lee
*Attorneys for Plaintiff*
Cosmic Debris Etc., Inc.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41393765.1

8

COMPLAINT FOR DECLARATORY
RELIEF

# Exhibit  1

**1938 - Present**:  Cartoonist Charles Addams: Art Appeared in The New Yorker Magazine, Books, Etc.









*"The little dears! They still believe in Santa Claus."*



© Tee and Charles Addams Foundation



We won't be late, Miss Weems. Get the children to bed
around eight, and keep your back to the wall at all times."





"Just the kind of day that makes you feel good to be alive!"

20216609.1



# Exhibit 2

# Vampira





# Morticia and Wednesday









# Elvira





Exhibit  3

# Beetlejuice and Lydia





Exhibit  4

# Manga Anime Goth Girls








Exhibit  5



Exhibit  6















Exhibit 7

# Goth Girls and Cats






































Exhibit  8

Gothic Girl Dress Up

Gothic Girl Dress Up



 Start now! Travian  

Related Games

Home >> Dress Up Games >> Trendy Fashion >> Gothic Girl Dress Up



**May And Anna Dr...**



**Katie Dress Up**



**April Fool Prin...**




All The Games Related
with:
**Gothic Girl Dre...**





### Gothic Girl Dress Up

With this original fashion and trends game come the guidelines of the gothic style. Thanks to the clothes typical of this underground culture, you'll notice the darkness that reigns in this fashion, that for years has represented a true cultural movement.

Date: 17-02-2009 | Games: 14334

    

On Time Delivery

Costumes | Adult | Children | Accessories & Make Up | Hats, Wigs & Masks | Decorations & Props | Mascot | Pet | Lingerie | Shoes | Party Supplies

Type in your keyword(s) or Style Nr   Costume Store

HOME   CUSTOMER SERVICE CENTER   CONTACT US

**Costumes**

Adult
Children
Accessories & Make Up
Hats, Wigs and Mask
Decorations and Props
Mascots
Pet

**Lingerie**

**Shoes**

**Party Supplies**

Recently Viewed

Psycho Gothic Girl Costume

Signup to receive
DISCOUNT OFFERS
Your e-mail

### Psycho Gothic Girl Costume
(Style Number A91203)

PSYCHO GOTHIC GIRL DRESS (Black)
Wig sold separately

Why pay $38.00 or more on other sites?

### Sorry, Item out of stock

BOOKMARK

Send This Page To A Friend
**I have a question about this product**



**Show me all products**

from Manufacturer/Brand
**"C4L"**

in the Category **"Girls"**

in the Theme **"Gothic & Biblical"**

which contain the word
(s) **"Psycho"**

Batman costumes | Children Costumes | Disney costumes | Easter Bunny costumes | Halloween Magic Tricks | Halloween Props & Decor | Harry Potter costume | Infant & Toddler Costumes | Mascot & Character Costumes | Medieval Renaissance costumes | Nurses costumes | Pet Costumes | Pirate costumes | Plus size costumes | Rock Star costumes | Spider Man costumes | Sexy costumes | Star Wars costumes | Superman costumes | Witch Costumes

About Costumes4less.com® | Popular Search Terms | About Halloween Costumes | Resources | Costume Buying Guide | Become our Affiliate | Site Map | Link to us | RSS

   Shop here with **Confidence!**  



Login
Shopping Cart
Catalog Quick Order
Track Orders
1-800-875-8480
(Español 1-800-537-3857)

**Over 40,000** fun products for every occasion!

| Party Supplies | Craft Supplies & Hobbies | Craft Kits & Activities | Art Supplies | Teaching Supplies | Toys & Novelties | Holidays | **Sale** |

Graduation | Theme Packs | Candy | Luau | Wedding | Fiesta | Baby Shower

Search [ ] **Go!**   Search Tips     **Sign Up for Email Savings!**

**Your Special Deal! Free Delivery** on orders $49 or more   click here ▶

Home       Email to a Friend

## Goth Ann Child Girl's Costume



🔍 View Larger    ©OTC

Goth Ann Child Girl's Costume. Dress up as a gothic sweetie for Halloween! Spooky and sassy, this cute Goth Ann ensemble will add some haunted fun to any costume party or pretend play adventure. All costumes are non-returnable. Imported.

Includes:

- Polyester Dress
- Pair Of Sleeves
- Leggings
- Bloomers
- Apron
- Synthetic Wig
- Choker

**IN-HYG004**
**Goth Ann Child Girl's Costume**
**$24.99 1 Set(s)**

SIZE

COLOR

Qty: [1]

↗ Sizing Chart

| Overall Rating | ★★★☆☆ | 3.0 out of 5 |
| Price | ▰▰▰▱▱ | 3.0 out of 5 |
| Quality | ▰▰▱▱▱ | 2.5 out of 5 |

0 of 2 (0%) customers would recommend this product to a friend.

Read all reviews   Write a review

Share this Product: 

 **Add To Cart**

# Goth Girl Wigs

  

Exhibit  9

# COSMIC DEBRIS

## EMILY COPYRIGHT REGISTRATIONS

| Number | Description |
| --- | --- |
| 1. | Bad Kitty Patch (VA 1-147-030) |
| 2. | Bad Trip (VA 1-147-027) |
| 3. | Board to Death (VA 1-147-034) |
| 4. | Cat shadow  (VA 1-117-892) |
| 5. | Dawn of Emily (VA 1-147-046) |
| 6. | Don't Bother Meow (VA 1-147-031) |
| 7. | Don't Call Emily (VA 1-147-039) |
| 8. | Double Trouble  (VA 1-213-662) |
| 9. | Emily "Aim Low"  (VA 951-843) |
| 10. | Emily "Believes"  (VA 951-838) |
| 11. | Emily "Evil"  (VA 951-839) |
| 12. | Emily "Imagine"  (VA 951-840) |
| 13. | Emily "Lost"  (VA 951-841) |
| 14. | Emily "Odd"  (VA 951-842) |
| 15. | Emily "Twinkle"  (VA 951-844) |
| 16. | Emily Beware  (VA 1-083-153) |
| 17. | Emily Bleeding Heart  (VA 0-011-631) |
| 18. | Emily Cameo (VA 1-147-035) |
| 19. | Emily Day Dreamer (Vau 570-553) |
| 20. | Emily Eightball Misfit  (VA 1-083-180) |
| 21. | Emily Evil Eye  (VA 1-011-630) |
| 22. | Emily Get Lost  (VA 1-011-632) |
| 23. | Emily I Want You |
| 24. | Emily Isn't Crazy  (VA 1-083-154) |
| 25. | Emily Listens (VA 1-138-619) |
| 26. | Emily Photo Booth  (VA 1-083-181) |
| 27. | Emily Playtime (VA 1-147-040) |
| 28. | Emily Rocks (VA 1-120-637) |
| 29. | Emily Speak Loudly  (VA 1-083-151) |
| 30. | Emily Strange Posse (VA 1-147-038) |
| 31. | Emily's Ghoul Scouts (VA 1-147-044) |
| 32. | Emily's Posse  (VA 1-011-629) |
| 33. | ESP (Emily Strange Posse)  (VA 1-083-182) |
| 34. | ESP Hypnotic (VA 1-147-029) |
| 35. | Evil Three (VA 1-138-618) |
| 36. | Fight Like a Girl (VA 1-147-028) |
| 37. | Follow the Leader (VA 1-147-026) |
| 38. | Ghoul Scouts Lunch Box (VA 1-147-024) |
| 39. | Good Girl, Bad Girl  (VA 1-056-141) |
| 40. | Grey Day (VA 1-147-023) |

| Number | Description |
|--------|-------------|
| 41. | Imaginary Enemies (VA 1-147-033) |
| 42. | Kitty Dreams (VA 1-147-048) |
| 43. | Kitty Inside (VA 1-138-617) |
| 44. | Kitty Rag Doll (VA 1-147-025) |
| 45. | Miles (VA 1-147-045) |
| 46. | My Problem is You  (VA 1-083-183) |
| 47. | Nothing to Hide  (VA 1-146-203) |
| 48. | Outsider (VA 1-138-616) |
| 49. | People Are Strange (VA 1-147-047) |
| 50. | Portrait (VA 1-147-036) |
| 51. | Posse Purrsonality (VA 1-138-615) |
| 52. | Promises (VA 1-138-614) |
| 53. | Rag Kitty Patch (VA 1-138-613) |
| 54. | Sketchy Emily (VA 1-147-041) |
| 55. | Smash It Up  (VA 1-056-142) |
| 56. | St. Emilia (VA 1-147-043) |
| 57. | Stranger in the Night  (VA 1-083-152) |
| 58. | Strangers in the Night (VA 1-147-037) |
| 59. | Stray  (VA 1-011-633) |
| 60. | We're All Strange (VA 1-138-621) |

Exhibit  10

## COSMIC DEBRIS

### EMILY TRADEMARK REGISTRATIONS AND APPLICATIONS

| Country | Mark | Goods | Application No./ Registration No. | Status |
|---|---|---|---|---|
| United States | EMILY & DESIGN  | Class 16: Stickers, stationery, etc.<br>Class 18: Wallets, purses, etc.<br>Class 25: Clothing, etc. | 2614845 | Registered – Date of First Use: 3/30/1993 |
| United States | EMILYSTRANGE | Class 16: Stickers, stationery, etc.<br>Class 25: Clothing, etc. | 2655980 | Registered – Date of First Use: 03/30/1993 |
| United States | EMILY | Class 14: Jewelry, watches, etc. | 3225580 | Registered – Date of First Use: 10/30/2004 |
| United States | EMILY THE STRANGE & DESIGN  | Class 25: Clothing, etc. | 3320139 | Registered – Date of First Use: 01/15/2003 |
| United States | EMILY THE STRANGE & DESIGN  | Class 18: Leather and imitations of leather, and goods made of these materials and not included in other classes, etc. | 77/125085 | Pending |

Exhibit  11

# Comparison



Rosamond did not look
hungry or sleepy.
She looked like she always looks.
Strange.

14

Emily didn't look
tired or happy.
She looked like
she always looks.
Strange.

COSMIC