*E-Filed 9/28/09*

1  MANATT, PHELPS & PHILLIPS, LLP
   MARK S. LEE (Bar No. CA 094103)
2  E-mail: mlee@manatt.com
   11355 West Olympic Boulevard
3  Los Angeles, CA  90064-1614
   Telephone:  (310) 312-4000
4  Facsimile:   (310) 312-4224

5  MANATT, PHELPS & PHILLIPS, LLP
   SUSAN E. HOLLANDER (Bar No. CA 133473)
6  E-mail: shollander@manatt.com
   CHRISTINE KLENK (Bar No. CA 235966)
7  E-mail: cklenk@manatt.com
   1001 Page Mill Road, Building 2
8  Palo Alto, CA  94304-1006
   Telephone:  (650) 812-1300
9  Facsimile:  (650) 213-0260

10 *Attorneys for Plaintiff*
   Cosmic Debris Etc., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COSMIC DEBRIS ETC., INC., a California corporation, Plaintiff, vs. MARJORIE WEINMAN SHARMAT, an individual, and MARC SIMONT, an individual, Defendants. | Case No. 5:09-cv-02178-RS<br><br>~~(PROSPOSED)~~ **ORDER OF DISMISSAL** |
|---|---|

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41420441.1

Pursuant to the request of Plaintiffs, and with good cause appearing,

IT IS HEREBY ORDERED as follows:

1) Plaintiff's complaint, and all claims asserted therein, are dismissed with prejudice.

2) Each party is to bear its own costs and fees.

Dated: 9/28/09

_____
United States ~~District~~ Judge
Magistrate